UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                       Case No.:      23-20444

MAURICE J. JACKSON                        Chapter:      7

                                                              Judge:      MBK

**NOTICE OF PROPOSED ABANDONMENT**

_____Bunce D. Atkinson_____, _____Chapter 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____January 18, 2023_____ at _____10:00_____ a.m. at the United States Bankruptcy Court, Courtroom no. _____8_____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    26 Meeker Avenue, Edison, NJ - Value: $310,000.00

Liens on property:                 Welchert Financial Services - $350,000.00

Amount of equity claimed as exempt:    $310,000 no code section

Objections must be served on, and requests for additional information directed to:

Name:             Bunce D. Atkinson, Chapter 7 Trustee

Address:         1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030

Telephone No.:   (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Maurice J Jackson  
      Debtor

Case No. 23-20444-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Dec 14, 2023     Form ID: pdf905     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice J Jackson, 26 Meeker Avenue, Edison, NJ 08817-5203 |
| 520076420 | + | Edison Utility Collector, 100 Municipal Blvd., Edison, NJ 08817-3302 |
| 520105023 | | IGS USB VII, POB 931591, Atlanta, GA 31193-1591 |
| 520076415 | + | Jill M Tompkins, 136 Gaither Drive, Ste. 100, Middlesex Cty. Superior Court, Mt. Laurel, NJ 08054-1725 |
| 520076423 | + | Market USA FCU, 8871 Forman Rd., Ste. 100, Laurel, MD 20723-5877 |
| 520076417 | + | NJ E-Z Pass, 725 Canton Street, Norwood, MA 02062-2609 |
| 520076421 | + | Opum, POB 95000-7510, Philadelphia, PA 19195-0001 |
| 520076412 | + | Welchert Financial Svcs., POB 653, Lake Zurich, IL 60047-0653 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2023 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2023 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520076426 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2023 21:23:16 | Best Buy.CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 520076425 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2023 21:40:22 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 520076414 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 14 2023 21:55:00 | Credit Collection Svcs., 725 Canton Street, Norwood, MA 02062-2679 |
| 520076416 | + | Email/Text: taxcollector@edisonnj.org | Dec 14 2023 21:55:00 | Edison Sewer Collector, 100 Municipal Blvd., Edison, NJ 08817-3399 |
| 520076422 | ^ | MEBN | Dec 14 2023 21:04:20 | Greensky, POB 2153, Birmingham, AL 35287-0002 |
| 520105024 | | Email/Text: collections@igs.com | Dec 14 2023 21:55:00 | IGS Energy, 6100 Emerald Parkway, Dublin, OH 43016 |
| 520076419 | ^ | MEBN | Dec 14 2023 21:04:13 | PSE&G, POB 14444, New Brunswick, NJ 08906-4444 |
| 520076424 | + | Email/Text: netcreditbnc@enova.com | Dec 14 2023 21:55:18 | Republic Bank/Net Credit, 175 West Jackson Blvd., Ste. 1000, Chicago, IL 60604-2863 |
| 520076413 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 14 2023 21:54:00 | Toyota Motor Credit, POB 9786, Cedar Rapids, IL 52409-0004 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520076418 | | Phillip & Cohen Assoc., LTD, 1002 Justison Street, Mail Stop 572 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3