Certificate Number: 14912-NJ-DE-038043342

Bankruptcy Case Number: 23-20444

14912-NJ-DE-038043342

U.S. BANKRUPTCY COURT
FILED
TRENTON, NJ

2023 DEC 29 P 2: 20

JEANNE A. NAUGHTON

BY: _____
DEPUTY CLERK

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 23, 2023</u>, at <u>7:16</u> o'clock <u>PM EST</u>, <u>Maurice Jackson</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>December 23, 2023</u>     By:    <u>/s/Jai Bhatt</u>

                                 Name: <u>Jai Bhatt</u>

                                 Title: <u>Counselor</u>