Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23–20444–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Maurice J Jackson
26 Meeker Avenue
Edison, NJ 08817

Social Security No.:
xxx–xx–3041

Employer's Tax I.D. No.:

---

## CERTIFICATION OF NO OBJECTION

I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

26 Meeker Ave., Edison, NJ.

Dated: January 12, 2024
JAN: pbf

Jeanne Naughton
Clerk