| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Maurice J Jackson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3041<br>EIN    \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    \_ \_ \_ \_<br>EIN    \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23–20444–MBK | |

## Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maurice J Jackson

2/13/24                                                                  **By the court:**    Michael B. Kaplan
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Maurice J Jackson  
  Debtor

Case No. 23-20444-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Feb 13, 2024  Form ID: 318  Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maurice J Jackson, 26 Meeker Avenue, Edison, NJ 08817-5203 |
| 520076420 | + | Edison Utility Collector, 100 Municipal Blvd., Edison, NJ 08817-3302 |
| 520105023 | | IGS USB VII, POB 931591, Atlanta, GA 31193-1591 |
| 520076415 | + | Jill M Tompkins, 136 Gaither Drive, Ste. 100, Middlesex Cty. Superior Court, Mt. Laurel, NJ 08054-1725 |
| 520076423 | + | Market USA FCU, 8871 Forman Rd., Ste. 100, Laurel, MD 20723-5877 |
| 520076417 | + | NJ E-Z Pass, 725 Canton Street, Norwood, MA 02062-2609 |
| 520076421 | + | Opum, POB 95000-7510, Philadelphia, PA 19195-0001 |
| 520076412 | + | Welchert Financial Svcs., POB 653, Lake Zurich, IL 60047-0653 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520076426 | + | EDI: CITICORP | Feb 14 2024 01:47:00 | Best Buy.CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 520076425 | + | EDI: CAPITALONE.COM | Feb 14 2024 01:47:00 | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 520076414 | + | EDI: CCS.COM | Feb 14 2024 01:47:00 | Credit Collection Svcs., 725 Canton Street, Norwood, MA 02062-2679 |
| 520076416 | + | Email/Text: taxcollector@edisonnj.org | Feb 13 2024 21:04:00 | Edison Sewer Collector, 100 Municipal Blvd., Edison, NJ 08817-3399 |
| 520076422 | ^ | MEBN | Feb 13 2024 20:57:46 | Greensky, POB 2153, Birmingham, AL 35287-0002 |
| 520105024 | | Email/Text: collections@igs.com | Feb 13 2024 21:05:00 | IGS Energy, 6100 Emerald Parkway, Dublin, OH 43016 |
| 520076419 | ^ | MEBN | Feb 13 2024 20:57:38 | PSE&G, POB 14444, New Brunswick, NJ 08906-4444 |
| 520076424 | + | Email/Text: netcreditbnc@enova.com | Feb 13 2024 21:05:13 | Republic Bank/Net Credit, 175 West Jackson Blvd., Ste. 1000, Chicago, IL 60604-2863 |
| 520076413 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 13 2024 21:03:00 | Toyota Motor Credit, POB 9786, Cedar Rapids, IL 52409-0004 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520076418 | | Phillip & Cohen Assoc., LTD, 1002 Justison Street, Mail Stop 572 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3